39356. Grace C. DeVenne, appellant v. City of Lakewood et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

39362. Myrthis Bonner, Admrx., appellant v. City of Dayton, appellee. Montgomery County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Schneider and Brown, JJ., concur.

39382. Faye Oppenheimer, appellant v. Sterling Drug, Inc., appellee. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, Herbert, Schneider and Brown, JJ., concur.

39401. Clarence Coleman v. James McGettrick, Sheriff. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39473. Virginia R. Gordon, Exrx., et al., appellees v. Holly Woods Acres, Inc., et al., appellants. Hamilton County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

---

39348. Katherine M. Sherman et al., Trustees, appellees v. Katherine M. Sherman et al., appellees; Henry L. Beigel, Gdn., appellant. Montgomery County.

---

39294. Northwestern Cooperative Sales Assn., Inc., appellant v. National Dairy Products Corp., appellee. Lucas County.

39339. Gladys Jarvis, appellant v. Clell Hall, appellee. Scioto County.

39346. Arthur Banks, appellant v. Vest & Bartell, Inc., appellee. Hamilton County.

39355. The Kenwood Savings & Loan Assn., appellee v. Harris-Christy Builders, Inc.; Charles B. Barron et al., appellants. Hamilton County.

39356. Grace C. DeVenne, appellant v. City of Lakewood et al., appellees. Cuyahoga County.

39362. Myrthis Bonner, Admrx., appellant v. City of Dayton, appellee. Montgomery County.

39369. Shirley Humphrey, a Minor, appellant v. Federal Department Stores, Inc., appellee. Cuyahoga County.

39382. Faye Oppenheimer, appellant v. Sterling Drugs, Inc., appellee. Franklin County.

39473. Virginia R. Gordon, Exrs., et al., appellees v. Holly Woods Acres, Inc., et al., appellants. Hamilton County.

---

39331. City of Columbus, appellee v. Ruth George, appellant. Franklin County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39335. The State, ex rel. George McNally, appellant v. Harold Hart, Dir. of Civil Service, et al., appellees. Butler County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39341. William F. Donnel, appellant v. Paul R. Weaver et al., appellees. Franklin County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39349. Board of Edn. of Pleasant Local School District, appellant v. Board of Edn. of Marion City School District et al., appellees. Marion County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39527. Robert Burgard, appellee v. Onard Duncan et al., appellants. Lucas County. To certify record. Dismissed on application of appellant.

---

38863. The State, ex rel. Richard B. Kay, appellant v. Roy F. McMahon, Judge, et al., appellees. Cuyahoga County. Rehearing denied.